UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA


DARLENE AND DONALD CANDELL

VERSUS

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

CIVIL ACTION

NUMBER 06-841-FJP-DLD


**RULING**

This matter is before the Court on the motion for partial summary judgment[1] by defendant State Farm Mutual Automobile Insurance Company, which was filed on January 15, 2008. Because the plaintiffs have failed to oppose this motion within twenty days as required by Local Rule 7.5M, the Court must assume that they have no opposition to this motion.[2] Furthermore, based on the evidence submitted with defendant's motion, the Court also finds that partial summary judgment should be granted as a matter of fact and law. Accordingly, claims based on the allegations contained in paragraphs 9 and 10 of the plaintiff's complaint and the corresponding allegations in the prayer for relief are dismissed

---

[1] Rec. Doc. No. 6.

[2] *See* Local Rule 7.5M, which requires "[e]ach respondent opposing a motion [to] file a response, including opposing affidavits, memorandum, and such supporting documents as are then available, within 20 days after service of the motion."

Doc#45068

with prejudice.

    IT IS SO ORDERED.

    Baton Rouge, Louisiana, February 20, 2008.

                                         FRANK J. POLOZOLA
                                         MIDDLE DISTRICT OF LOUISIANA

Doc#45068